/s/
*James F. Schneider*
~~David E. Rice~~ , U. S. BANKRUPTCY JUDGE

X  RETAIN
Evidentiary Hrg: Y/N
Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 7

Date: 11/14/2013  Time: 10:00

**CASE: 13-20188 Vincenzo Salvatore Barranca**

✓ Alon Nager representing Vincenzo Salvatore Barranca (Debtor)

representing Mark J. Friedman (Trustee)

[24] Reaffirmation Agreement Between Debtor and FreedomRoad Financial c/o CRG-20016, Filed by FreedomRoad Financial c/o CRG-20016.

**MOVANT** : FreedomRoad Financial c/o CRG-20016 (no aty)

[25] Reaffirmation Agreement Between Debtor and USAA Federal Savings Bank, Filed by USAA Federal Savings Bank.

**MOVANT** : USAA Federal Savings Bank (no aty)

DISPOSITIONS:

  Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

  Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee____

  Continued to: _____

DECISION:

  [ ] Signed by Court          [ ] Filed by Counsel
  [✓] To be prepared by:
      [ ] Movant's counsel          [ ] Court
      [ ] Respondent's counsel      [✓] Other  CRD

NOTES:

Both disapproved
Chm orders